UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONATHAN JACOB GREENWOOD                         CIVIL ACTION

VERSUS                                           NO. 08-950

SGT. DEROUCHE                                    SECTION: "I"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this ___6th___ day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　　　LANCE M. AFRICK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE